IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
OCT 2 3 2006
Wil... .  . ..k
Clerk, U.S. District Court
By _____
Deputy Clerk

JOSHUA BELLEW, )
)
Plaintiff, )
)
vs. ) Case No. CIV-06-307-RAW
)
NORTHEASTERN STATE UNIVERSITY )
and THE BOARD OF REGENTS OF )
OKLAHOMA COLLEGES, )
)
Defendants. )

## DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO
## RULE 26(a)(l) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW, Defendants, Northeastern State University and The Board of Regents of Oklahoma colleges, by and through Assistant Attorney General, Kevin L. McClure, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure state the following:

The following is the name, and, if known, the address and telephone number of each individual likely to have discoverable information that Defendants may use to support their defenses, unless solely for impeachment, identifying the subjects of the information:

| NO. | NAME/ADDRESS | ANTICIPATED TESTIMONY |
|---|---|---|
| 1. | Joshua Bellew<br>c/o Toon & Osmond, P.L.L.C.<br>1800 S. Baltimore, Ste. 1000<br>Tulsa, OK 74119<br>(918) 477-7884 | Will testify regarding his employment with the Defendant, Northeastern State University (NSU). |

| 2. | Charlotte Winrick<br>c/o Kevin L. McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | The Plaintiff's former supervisor. Will testify to her treatment of the Plaintiff while he was employed with the Defendant, NSU. |
|---|---|---|
| 3. | Tere Feller, Assistant<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | Assistant director of Human Resources with NSU. Will testify re Plaintiff's complaints. |
| 4. | Tim Foutch<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | Director of Human Resources. Will testify as to the complaints. |
| 5. | Barbara Abercrombie<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | Will testify as to her investigation as to the complaints. |

| 6. | Kim Cherry<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | Vice President for Administration for NSU. Will testify as to the complaints. |
|---|---|---|
| 7. | Larry Williams<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-4274 | President. Will testify as to the complaints of the Plaintiff concerning Ms. Winrick. |
| 8. | John Wicher<br>c/o Kevin McClure<br>Assistant Attorney General<br>Office of Attorney General<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405)521-4274 | Housing Director at NSU. Will testify re knowledge of Plaintiff's claims. |
| 9. | Tracy Bellew<br>c/o Toon & Osmond, P.L.L.C.<br>1 800 South Baltimore, Ste. 1000<br>Tulsa, OK 74119<br>(918) 477-7884 | Wife of Plaintiff. |
| 10. | Lee Ann Bellew<br>Route 2, Box 382.132<br>Cleveland, OK 74020<br>(918) 358-2147 | Mother of Plaintiff. |
| 11. | Jason Pillars<br>Tulsa, OK<br>(918) 633-6555 | Friend of Plaintiff. |

| 12. | Rex Brown (269) 979-1613 | Former Hall Vice Manager at NSU. |
|---|---|---|
| 13. | Steve Vangunda (918) 456-5511, Ext. 6856 | Hastings Hall Associate Hall Manager. |
| 14. | Brent Massey (918) 633-6674 | |
| 15. | West LeFlore (918) 633-7451 | |
| 16. | Larhonda McBrayer (918) 633-4704 | Assistant Director of Housing Operations. |
| 17. | Dena Holmes (918) 294-8712 | Former Senior Hall Manager. |
| 18. | Melisssa Harjo | Former Senior Hall Manager. |

The following is a description of items that are in the possession, custody or control of Defendants:

| 1. | Letter dated January 14, 2005 from John Wicher, Director University Housing to Plaintiff, terminating employment. |
|---|---|
| 2. | Letter to Sharla Winrick from Plaintiff, dated February 24, 2004, concerning complaints. |
| 3. | Letter to Tere Feller from Plaintiff, dated July 14, 2004, concerning investigation of complaints. |
| 4. | Letter to Affirmative Action Officer from Plaintiff, dated July 15, 2004, appealing dismissal of Grievance. |
| 5. | Letter to Human Resources from Plaintiff, dated July 25, 2004, regarding information and witnesses for sexual harassment investigation. |
| 6. | Letter dated September 1, 2004 to Affirmative Action Officer from Plaintiff requesting a formal hearing. |
| 7. | Letter dated September 27, 2004, to Kim Cherry from Wayne Welch in reference to appointment of Ad Hoc Grievance Committee. |
| 8. | Grievance Committee meeting of October 26, 2004 transcript. |
| 9. | Letter dated October 2, 2004 to Kim Cherry from Plaintiff concerning disapproval of Tim Foutch chairing committee as to grievance. |

4

| 10. | Letter dated October 4, 2004, to Plaintiff from Kim Cheny regarding Ad Hoc Grievance Committee. |
|---|---|
| 11. | Grievance Committee meeting Transcript, dated October 5, 2004. |
| 12. | Oklahoma Employment Security Commission application dated February 3, 2005. |
| 13. | Oklahoma Employment Security Commission application dated February 9, 2005. |
| 14. | Oklahoma Employment Security Commission document of Appeal dated March 1, 2005. |
| 15. | Oklahoma Employment Security Commission Notice of Appeal dated March 1,2005. |
| 16. | Letter to Oklahoma Employment Security Commission from Barbara Abercrombie dated February 4, 2005. |
| 17. | Letter to Oklahoma Employment Security Commission from Barbara Abercrombie dated March 10, 2005. |
| 18. | Letter to Kim Badger from Oklahoma Employment Security Commission dated March 11, 2005. |
| 19. | Oklahoma Employment Security Commission correspondence dated March 16, 2005. |
| 20. | Oklahoma Employment Security Commission correspondence dated March 23, 2005. |
| 21. | Oklahoma Employment Security Commission Order of Recision dated March30, 2005. |
| 22. | Correspondence from Defendant to Plaintiff dated, July 6, 2004, September 8, 2004, September 21,2004, October 19, 2004, December 9, 2004 and December 22, 2004. |
| 23. | Letter from John Wicher to Plaintiff regarding job position offer. |
| 24. | Letter from John Wicher to Plaintiff regarding termination of employment. |
| 25. | Oklahoma Employment Security Commission Application dated January 26, 2005. |
| 27. | Amended charge of discrimination dated January 20, 2005. |
| 28. | Charge of discrimination dated November 1 7, 2004. |
| 29. | Complaint Intake Questionnaire, dated October 6, 2004. |
| 30. | Notice of conciliation process, dated November 1 7, 2005. |
| 31. | Complaint Settlement Information, dated October 13, 2004. |
| 32. | Order Termination Proceedings, dated January 17, 2006. |
| 33. | Wage information of Plaintiff. |

| 34. | Personnel action form, dated May 27, 2003. |
| --- | --- |
| 35. | Evaluations of Plaintiff. |
| 36. | Plaintiff's Personnel file. |

Defendants would further attach hereto a copy of the Declaration Page applicable to this lawsuit.

Discovery is ongoing. Additional items may be discovered.

Respectfully submitted,

*[signature]*

**KEVIN L. McCLURE, OBA #12767**
Assistant Attorney General
Office of Attorney General
State of Oklahoma
Litigation Section
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Tele: (405) 521-4274   Fax: (405) 5218-4518
Kevin_McClure@oag.state.ok.us

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, a true and correct copy of the foregoing document was mailed, postage prepaid, to:

James J. Robertson
Richard S. Toon
Toon & Osmond, P.L.L.C.
1800 S. Baltimore, Suite 1000
Tulsa, Oklahoma 74119
*Attorneys for Plaintiff*

*[signature]*
Kevin L. McClure